UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VILLA CERVIA COM S.R.L.,

           Plaintiff/Judgment Creditor,

- v. -

INTERNATIONAL WINE TRADERS, INC.
JANE DOE, and JOHN DOE,

           Defendants/Judgment Debtors,

-----------------------------------------------------------------X

Index No.: 13-cv-06475 (MDG)

**ORDER GRANTING MOTION TO AMEND JUDGMENT**

__Marilyn D. Go__, U.S. Magistrate Judge:

Upon examination of Plaintiff's Motion to Amend the Judgment by Confession filed December 30, 2015 (DE#21); and the Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefore; it is hereby ordered that the Judgment by Confession be amended as to reflect that the Amount due as of 10/25/2017 (principal and interest) by defendant be $76,148.51.

Plaintiff's Motion to Amend the judgment is GRANTED.

**SO ORDERED.**

Dated: Brooklyn, NY

    __November 13__, 2017

                                            /s/ Marilyn D. Go

                                      **MARILYN D. GO**
                                      UNITED STATES MAGISTRATE JUDGE